UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

_____

TAMEKA PRATT, Individually and on behalf
of all other similarly situated individuals,

         Plaintiffs

v.

COMPLETE CARE MANAGEMENT LLC
and GLENDALE CARE AND REHAB
CENTER LLC,

         Defendants.
_____

Case No.: 23-cv-20722 (MAS) (RLS)

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by plaintiff Tameka Pratt and defendants Complete Care Management LLC and Glendale Care and Rehab Center LLC that plaintiff voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without fees and costs to either party.

Dated: February 16, 2024

/s/ Nicholas Conlon
Nicholas Conlon
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

/s/ Stuart Weinberger
Stuart Weinberger, Esq.
Weinberger & Weinberger, LLP
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 867-9595 (Ext. 313)

So Ordered this 20th day of February, 2024

_____
Honorable Michael A. Shipp, U.S.D.J.

1